# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

Latalia Seaton,

  Plaintiff,

v.

Experian Information Solutions, Inc., Equifax Information Services, LLC, Celtic Bank, Transportation Alliance Bank, Inc. d/b/a TAB Bank, The Bank of Missouri, Perpay, Inc., and First Premier Bank,

  Defendants.

Case No.: 2:24-cv-13071-SDK-DRG

Honorable Shalina D. Kumar

### Stipulation and Joint Motion of Plaintiff and Defendants, Celtic Bank and The Bank of Missouri, to Extend Time to Respond to the Complaint

COME NOW Plaintiff, Latalia Seaton ("Plaintiff"), and Defendants, Celtic Bank and The Bank of Missouri (collectively "Defendants"), by and through their respective counsel, and pursuant to Rule 6, Fed. R. Civ. P., present the following stipulation and joint motion for extension of time for Celtic Bank and The Bank of Missouri to respond to the Complaint:

1. WHEREAS, Celtic Bank was served with the Summons and Complaint in this matter on November 25, 2024, and therefore, Celtic Bank's response to the Complaint would have been due on December 16, 2024;

[1]

2. WHEREAS, Plaintiff and Celtic Bank filed a Stipulation and Joint Motion for Extension of Time to Respond to the Complaint and the Honorable Shalina D. Kumar issued a December 23, 2024 Order extending Celtic Bank's time to respond to the Complaint through January 16, 2025;

3. WHEREAS, The Bank of Missouri was served with the Summons and Complaint in this matter on November 29, 2024, and therefore, The Bank of Missouri's response to the Complaint would have been due on December 20, 2024;

4. WHEREAS, Plaintiff and The Bank of Missouri filed a Stipulation and Joint Motion for Extension of Time to Respond to the Complaint and the Honorable Shalina D. Kumar issued a December 23, 2024 Order extending The Bank of Missouri's time to respond to the Complaint through January 20, 2025;

5. WHEREAS, Plaintiff and Defendants have continued to engage in discussion and the exchange of further information in an attempt to resolve this matter after Defendants were served with the Complaint;

6. WHEREAS, to further facilitate discussion in an attempt to resolve this matter, Plaintiff agreed to allow Defendants additional time to respond to the Complaint;

7. WHEREAS, Rule 6(b)(1), Fed. R. Civ. P., permits the Court, for good cause, to extend the time permitted for a defendant to respond to a complaint;

[2]

8. WHEREAS, Plaintiff and Celtic Bank agree that the time for Celtic Bank to respond to the Complaint should be extended through February 15, 2025; and

9. WHEREAS, Plaintiff and The Bank of Missouri agree that the time for The Bank of Missouri to respond to the Complaint should be extended through February 19, 2025.

NOW THEREFORE Plaintiff, Celtic Bank and The Bank of Missouri stipulate and agree, and respectfully move the Court for an Order extending Celtic Bank's and The Bank of Missouri's time to respond to the Complaint until February 15, 2025 and February 19, 2025 respectively.

This 15th day of January, 2025.          Respectfully submitted,


John K. Rossman, (MN #0244831)
Rossman Attorney Group, PLLC
2626 East 82nd Street, Suite 135
Bloomington, MN 55425
P: (612) 439-5551
John.rossman@rossmanattorneygroup.com
Attorney for Defendants,
Celtic Bank and The Bank of Missouri


Elliot W. Gale, (P85770)
Gale, Angelo, Johnson P.C.
2999 Douglas Boulevard, Suite 111
Roseville, CA 95661
P: (916) 290-7778
egale@gajplaw.com
Attorney for Plaintiff

[3]