# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Latalia Seaton<br><br>           Plaintiff,<br><br>    v.<br><br><br>Experian Information Solutions, Inc., et. al.<br><br><br><br><br><br>           Defendants. | Case No.: 4:24-cv-13071-SDK-DRG<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT TRANSPORTATION ALLIANCE BANK, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Latalia Seaton and defendant Transportation Alliance Bank, Inc. ("TAB") have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of TAB within 25 days.

                         **Gale, Angelo, Johnson, P.C.**

Dated:  February 24, 2025

/s/ *Elliot Gale*
Elliot Gale (Bar # P85770)
egale@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
Tel.:  916-290-7778
Fax:  916-282-0771

Attorney for Plaintiff