**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **Latalia Seaton** | : | **Case No.: 4:24-cv-13071-SDK-DRG** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Equifax Information Services, LLC,** | : | |
| **et. al.** | : | |
| | : | |
| **Defendants.** | : | |

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE OF**
**DEFENDANT TRANSPORTATION ALLIANCE BANK, INC.**

_____

COME NOW, Latalia Seaton ("Plaintiff"), by and through her undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(2), and with the consent and agreement of Defendant Transportation Alliance Bank, Inc. ("TAB") hereby stipulate to the dismissal with prejudice of Plaintiff's claims against TAB and in the above-styled action.  The parties shall bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,

Gale, Angelo, & Johnson, P.C.                    Burr & Forman, LLP

_/s/ Elliot Gale_ (P85770)                    _/s/ Zachary David Miller_
Elliot Gale)                                          Zachary David Miller (P87051)
2999 Douglas Blvd., Ste. 111               222 Second Ave. South, Ste. 2000
Roseville, CA 95661                              Nashville, TN 37201
916-290-7778                                       615-724-3216

egale@gajplaw.com
Attorney for Plaintiff Latalia Seaton

zmiller@burr.com
Attorney for Defendant Transportation Alliance Bank, Inc.