# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

LATALIA SEATON,

      Plaintiff,

   vs.

EQUIFAX INFORMATION
SERVICES, LLC et. al.
          Defendants.

Case No.: 4:24-cv-13071-SDK-DRG

**ORDER**

## ORDER

Pursuant to the stipulation of the Parties (ECF No. 35), Transportation Alliance Bank, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

    IT IS SO ORDERED.

DATED: March 10, 2025

        s/Shalina D. Kumar
        Hon. Shalina D. Kumar
        United States District Judge