UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Latalia Seaton<br><br>        Plaintiff,<br><br>  vs.<br><br>Experian Information Solutions, Inc., et. al.<br><br>        Defendants. | Case No.: 4:24-cv-13071-SDK-DRG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS THE BANK OF MISSOURI AND CELTIC BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Latalia Seaton, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendants The Bank of Missouri and Celtic Bank as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants The Bank of Missouri and Celtic Bank have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.

//

//

//

//

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS

Accordingly, the matter may be dismissed with prejudice against both Defendants for all purposes and without an Order of the Court.

Dated: April 18, 2025                              Gale, Angelo, & Johnson, P.C.

By:  _____ */s/ Elliot Gale*_____
Elliot Gale (Bar # P85770)
egale@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
Tel.:  916-290-7778
Fax:  916-282-0771

Attorney for Plaintiff