# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Latalia Seaton<br><br>    Plaintiff,<br><br>  v.<br><br><br>Experian Information Solutions, Inc., et. al.<br><br><br><br>    Defendants. | Case No.: 2:24-cv-13071-SDK-DRG<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT PERPAY, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  **PLEASE TAKE NOTICE THAT** plaintiff Latalia Seaton and defendant PerPay, Inc. ("PerPay") have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal of Perpay within 21 days.


       **Gale, Angelo, Johnson, P.C.**


Dated:  May 13, 2025

    /s/ *Elliot Gale*
    Elliot Gale (Bar # P85770)
    egale@gajplaw.com
    Gale, Angelo, & Johnson, P.C.
    2999 Douglas Blvd., Ste. 111
    Roseville, CA 95661
    Tel.:  916-290-7778
    Fax:  916-282-0771

    Attorney for Plaintiff