**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **Latalia Seaton** | : **Case No.: 4:24-cv-13071-SDK-DRG** |
| **Plaintiff,** | : |
| **vs.** | : |
| **Equifax Information Services, LLC,** : | |
| **et. al.** | : |
| **Defendants.** | : |

---

### STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT PERPAY, INC.

---

COME NOW, Latalia Seaton ("Plaintiff"), by and through her undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(2), and with the consent and agreement of Defendant PerPay, Inc. ("PerPay") hereby stipulate to the dismissal with prejudice of Plaintiff's claims against PerPay and in the above-styled action.  The parties shall bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,
Gale, Angelo, & Johnson, P.C.                Severson & Werson, APC

*/s/ Elliot Gale* (P85770)                       */s/ Mark Wraight*
Elliot Gale                                        Mark Wraight
2999 Douglas Blvd., Ste. 111                595 Market St., Ste. 2600
Roseville, CA 95661                          San Francisco, CA 94015
916-290-7778                                  415-677-5630
egale@gajplaw.com                           miw@seaverson.com
Attorney for Plaintiff Latalia Seaton        Attorney for Defendant Perpay, Inc.