## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

LATALIA SEATON,

          Plaintiff,

v.                                   Case No.  4:24-cv-13071-SDK-DRG

EXPERIAN INFORMATION SOLUTIONS,
INC. *et al*.,

          Defendants.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Latalia Seaton and Defendant First Premier Bank by and through their undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein against First Premier Bank be dismissed with prejudice.

Attorney for Defendant
FIRST PREMIER BANK

By:   *s/ Jennifer W. Weller*

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
151 N. Franklin St., Ste. 2500
Chicago, IL 60606
(312) 704-3000
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

Attorney for Plaintiff
LATALIA SEATON

By:   *s/ Elliot W. Gale (with consent)*

Elliot Wayne Gale
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd. Ste. 111
Roseville, CA 95661
(916) 290-7778
Egale@gajplaw.com

1081735\324825671.v1