# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

LATALIA SEATON,

      Plaintiff,

    vs.

EQUIFAX INFORMATION
SERVICES, LLC et. al.
      Defendants.

Case No.: 4:24-cv-13071-SDK-DRG

**ORDER**

## ORDER

Pursuant to the stipulation of the Parties, Perpay, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: May 15, 2025

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge