**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

LATALIA SEATON,

       Plaintiff,

v.                                                                Case No.  4:24-cv-13071-SDK-DRG

EXPERIAN INFORMATION SOLUTIONS,
INC. *et al*.,

       Defendants.

---

**ORDER**

---

Pursuant to stipulation of Plaintiff and Defendant First Premier Bank, it is hereby ordered that Defendant First Premier Bank is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

                    s/Shalina D. Kumar

Dated: May 16, 2025                Shalina D. Kumar
                         United States District Judge