**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **Latalia Seaton** | **Case No.: 4:24-cv-13071-SDK-DRG** |
| **Plaintiff,** | |
| **vs.** | |
| **Equifax Information Services, LLC, et. al.** | |
| **Defendants.** | |

---

### STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

---

COME NOW, Latalia Seaton ("Plaintiff"), by and through her undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(2), and with the consent and agreement of Defendant Equifax Information Services, LLC ("Equifax") hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Equifax and in the above-styled action.   The parties shall bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,
Gale, Angelo, & Johnson, P.C.          Taft Stettinius & Hollister LLP

/s/ Elliot Gale (P85770)               /s/ Jordan S. Bolton
Elliot Gale                            Jordan S. Bolton
2999 Douglas Blvd., Ste. 111           27777 Franklin Rd., Ste. 2500
Roseville, CA 95661                    Southfield, MI 48034
916-290-7778                           248-351-3000
egale@gajplaw.com                      jbolton@taftlaw.com
Attorney for Plaintiff Latalia Seaton  Attorney for Defendant Equifax Information Services, LLC