# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LATALIA SEATON,<br><br>        Plaintiff,<br><br>  vs.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC et. al.<br>        Defendants. | Case No.: 4:24-cv-13071-SDK-DRG<br><br>**ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, Equifax Information Services, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: June 11, 2025

s/Shalina D. Kumar
Hon. Shalina D. Kumar
UNITED STATES DISTRICT JUDGE